(November 20, 1957)

■ In the Matter of the Claim of DANIEL GALLAGHER, Respondent, against SENIOR, PALMER & CONNOLLY et al., Appellants-Respondents, and MONTROSE CONTRACTING Co. et al., Respondents. In the Matter of the Claim of DANIEL GALLAGHER, Respondent, against GEORGE H. FLINN CORP. et al., Appellants, and SENIOR, PALMER & CONNOLLY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down October 19, 1957, is amended in the following respects in regard to costs only: Senior, Palmer & Connolly and its carrier are entitled to one bill of costs to be divided equally against the respondents, Workmen's Compensation Board, Montrose Construction Co. and the United States Fidelity & Guaranty Co., and George H. Flinn Corp. and the State Insurance Fund. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur. [See ante, p. 898.]

■ In the Matter of the Claim of VINCENT PETRIE, Respondent, against CRUCIBLE STEEL COMPANY OF AMERICA et al., Appellants, and ÆTNA LIFE INSURANCE COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur. [See ante, p. 905.]

■ In the Matter of the Claim of EDNA RAMBOLD, Respondent, against JOHN H. WHITNEY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur. [See ante, p. 906.]